```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7260
      Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH J. SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  05-00287 PJH<br><br>STIPULATION AND ORDER<br>APPROVING COMPROMISE<br>SETTLEMENT OF ATTORNEY<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FOUR THOUSAND DOLLARS ($4,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

> KELLY DUNN, HAWKINS LAW CENTER
> 101 BROADWAY AVE., SUITE 1
> RICHMOND, CA 94804
> (510) 232-6611; FAX 2271
> Kdunn@hawkinscenter.org

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/.  This amount includes costs.

Act.

3. Payment of the FOUR THOUSAND DOLLARS ($4,000.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: December 7, 2005

/s/
KELLY DUNN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: December 7, 2005       By:  /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 12/9/05

PHYLLIS J. HAMILTON
United States District Judge

SILVA, EAJA STIP (jt)
C 05-00287 PJH                               2